## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Maggie Leverone, | : <br> : <br> : Civil Action No.: 1:09-cv-11230-JLT <br> : |
| Plaintiff, | : |
| v. | : <br> : |
| Corporate Collection Services, Inc., | : <br> : <br> : |
| Defendant. | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## <u>PURSUANT TO RULE 41(a)</u>

Plaintiff, Maggie Leverone, by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated: November 9, 2009

        Respectfully submitted,

        By:  /s/ Sergei Lemberg
        Sergei Lemberg (Juris No. 425027)
        Lemberg & Associates, L.L.C.
        1100 Summer Street, 3rd Floor
        Stamford, CT 06905
        Telephone: (203) 653-2250
        Facsimile: (877) 795-3666